IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| V. | : DOCKET NO. 5:00-CR-20-001 (WDO) |
| James Batchelor | : |

### ORDER

On or about October 5, 2000, the above captioned was sentenced to 24 months custody of the Bureau of Prisons to be followed by a 36 month term of supervised release. For good and sufficient cause shown to the Court, it is ordered that the conditions of supervised release be modified to include the following special condition(s):

1. You shall not consume any alcoholic beverages while serving the period of supervised release.

SO ORDERED this 17th day of November, 2004.

WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE

Prepared by:

Todd D. Garrett
U.S. Probation Officer

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

for the

# MIDDLE DISTRICT OF GEORGIA



### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

1. You shall not consume any alcoholic beverages while serving the period of supervised release.

Signed: *James Batchelor*
**James Batchelor**
Supervised Releasee

Witness: *Todd D. Garrett*
Todd D. Garrett
U.S. Probation Officer

Date: 11-10-04